**Order entered August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01249-CV

### JAMES C. MORRIS, Appellant

### V.

### BRANCH BANKING AND TRUST COMPANY, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12220**

## ORDER

We **GRANT** appellant's August 8, 2016 unopposed motion to extend time to file reply

brief and **ORDER** the reply brief be filed no later than August 24, 2016.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE